IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **HENRY L. STANCHIEL #1983281** | § | |
| | § | |
| **V.** | § | **W-18-CA-183-RP** |
| | § | |
| **LORIE DAVIS** | § | |

## FINAL JUDGMENT

Before the Court is the above styled and numbered cause. On this date, the Court dismissed as time-barred Petitioner Henry L. Stanchiel's Application for Habeas Corpus Relief and determined that a certificate of appealability shall not be issued. Accordingly, as all issues in this cause have been resolved, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is therefore **ORDERED** that Petitioner Henry L. Stanchiel's Application for Habeas Corpus Relief is hereby **DISMISSED WITH PREJUDICE** as time-barred.

It is finally **ORDERED** that the above styled and numbered cause is hereby **CLOSED**.

**SIGNED** on August 30, 2018.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE